DPW:mdb 08-193 7/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID BOUVIER AS ADMINISTRATOR OF THE ESTATE OF EDWARD A. BOUVIER

CA 08 269 ML

V.

No:
(Providence County Superior Court CA No: PC 08-4307)

STONEBRIDGE LIFE INSURANCE CO. AND J.C. PENNEY LIFE INSURANCE CO.

## NOTICE OF REMOVAL

Now comes Defendant, Stonebridge Life Insurance Company, f/k/a J.C. Penney Life Insurance Company, (hereinafter "Defendant") and notifies this Court of the removal of this action from the Superior Court of the State of Rhode Island, within and for the County of Providence, to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §1441, 28 U.S.C. §1332(a), and LR Cv. 81. In support of the removal, Defendant states as follows:

1. On or about June 24, 2008, David Bouvier, as Administrator of the Estate of Edward A. Bouvier, (hereinafter "Plaintiff") filed the above-entitled Civil Action bearing civil action number PC 08-4307 in the Superior Court of the State of Rhode Island, within and for the County of Providence, (hereinafter "the Civil Action"). Attached hereto as Exhibit A is a true and exact copy of the Civil Action.

2. Plaintiff in the Civil Action is the administrator of the Estate of Edward A. Bouvier, decedent, formerly a resident of the City of Pawtucket, State of Rhode Island, and was appointed administrator of said estate by the Probate Court of said city.

3. Defendant in the Civil Action is a Vermont corporation with a principal place of business in the City of Baltimore, State of Maryland.

4. Although Rhode Island statutory law (R.I. Gen. Laws §9-30-1(1)) and procedural rules (Super. R. Civ. P. 8(a)) prohibit setting forth a specific amount in the *ad damnum* of a complaint, Plaintiff seeks the full amount of the benefits payable under Part II of the Group Policy and Certificate of Insurance issued by Defendant for loss of life as a result of being struck by a Private Passenger Automobile, *i.e.* One Hundred Thousand Dollars ($100,000), so that the amount in controversy greatly exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

5. This Court has original jurisdiction of the Civil Action pursuant to 28 U.S.C. §1332(a) in that the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

6. There are no other defendant parties to the Civil Action so that the approval of any other defendant parties to removal is not required, since J.C. Penney Life Insurance Company is simply the former name of Defendant, Stonebridge Life Insurance Company, and not a separate corporate entity.

7. On or about June 24, 2008, a copy of the summons and complaint in the Civil Action was served upon the Commissioner of Insurance of the State of Rhode Island as statutory agent-for-service of process upon Defendant as a foreign insurance company in accordance with R.I. Gen. Laws §27-2-13.

8. On or about July 1, 2008, said Commissioner of Insurance mailed the summons and complaint to Defendant, Stonebridge Life Insurance Company, by certified mail.

9. Said summons and complaint were received by Defendant on or about July 7, 2008. A copy of the summons and complaint in said Civil Action is attached hereto and made a part hereof.

10. The instant Notice of Removal is, in accordance with 28 U.S.C. §1331(b), therefore filed within thirty (30) days of receipt of the complaint setting forth Plaintiff's claim for relief.

11. A copy of this Notice of Removal is being contemporaneously filed with the Superior Court of the State of Rhode Island, within and for the County of Providence, with notice to Plaintiff in accordance with 28 U.S.C. §1446(b) and LR Cv. 81.

WHEREFORE, Defendants serve notice on all parties:

1. That this Civil Action has been removed to this Court; and

2. That the Superior Court of the State of Rhode Island, within and for the County of Providence, may take no further action in regard to this civil action unless such civil action is remanded thereto.

Defendant,
Stonebridge Life Insurance Company f/k/a
J.C. Penney Life Insurance Company
By its Attorneys,

HANSON CURRAN LLP

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154 Telephone
(401) 521-7040 Facsimile

**PROOF OF SERVICE**

I hereby certify that on this 18th day of July, 2008, I served a copy of the foregoing *Notice of Removal* upon the following:

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

of HANSON CURRAN LLP