**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**ESTATE OF EDWARD BOUVIER**
**BY DAVID BOUVIER**
*Plaintiff*

**v.**

**C.A. No.:**

**STONEBRIDGE LIFE INSURANCE CO., Alias,**
**And JC PENNY LIFE INSURANCE CO., Alias**
*Defendant*

# COMPLAINT

1. The Plaintiff, David Bouvier, was appointed by the Probate Court of the City of Pawtucket as Administrator of the Estate of Edward A. Bouvier on April 10, 2007 in Case No. 30119.

2. Plaintiff deceased Edward Bouvier purchased a Group Accidental and Dismemberment Coverage from Defendant, Stonebridge Life Insurance Company, issued by Defendant, JC Penny Life Insurance Company, with a policy number of 82AP4F0469.

3. Said Policy was in full force in effect on December 7, 2006.

4. Said Policy provided, inter alia, benefits for "accidental death."

5. On said date, Edward Bouvier was a pedestrian tragically and suddenly killed when struck by a motor vehicle.

6. Said insurance policy described above contained a sole accidental death benefit. By virtue of Edward Bouvier's death, Plaintiff is entitled to this benefit.

7. Plaintiff, by its administrator, David Bouvier, duly filed a claim for accidental death benefits as required by the policy described above.

8. The Defendant has wrongfully denied Plaintiff's request for accidental death benefits to which the Estate is entitled.

9. The Plaintiff has demanded said benefits from the Defendant and the Defendant has refused to pay the benefit due the Plaintiff under the aforementioned policy.

10. The Defendants' failure to pay the benefits due the Plaintiff is a breach of its obligation under the policy.

EXHIBIT
A

WHEREFORE, the Plaintiff, The Estate of Edward Bouvier, by its Administrator, David Bouvier, brother and beneficiary of the deceased, demands judgment against the Defendants, Stonebridge Life Insurance Company and JC Penny Life Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs, and attorney fees.

Plaintiff,
By its Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434

Plaintiff hereby demands a trial by jury.

Plaintiff,
By its Attorney,

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903
(401) 331-1434