STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-4307 DAVID BOUVIER V STONEBRIDGE LIFE INSURANCE CO

Filing Date: 06-24-2008 Case Type: CONTRACT DAMAGES
Case Status: CLOSED DURING DISCOVERY Status Date: 07-18-2008

Plaintiff: DAVID BOUVIER Attorney: ANTHONY GIANFRANCESCO
ID: @11031162

Defendant: STONEBRIDGE LIFE INSURANCE COMPANY
ID: @11031163

Defendant: JC PENNY LIFE INSURANCE COMPANY
ID: @11031164

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-24-2008 | COMPLAINT FILED | |
| 06-24-2008 | INITIAL FILING FEE | |
| 06-24-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP276078. |
| 07-18-2008 | NOTICE OF REMOVAL | |
| 07-18-2008 | CASE REMVD TO US DISTRICT CT | CA # 2008-0269 ML |
| 07-18-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island