DPW:mdb 08-193 7/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID BOUVIER AS ADMINISTRATOR OF
THE ESTATE OF EDWARD A. BOUVIER

V.

No:
(Providence County Superior
Court CA No: PC 08-4307)

STONEBRIDGE LIFE INSURANCE CO. AND
J.C. PENNEY LIFE INSURANCE CO.

**ANSWER OF DEFENDANT,
STONEBRIDGE LIFE INSURANCE COMPANY f/k/a
J.C. PENNEY LIFE INSURANCE COMPANY**

**First Defense**

Plaintiff's claim is barred by his failure to comply with all the terms and conditions of the Group Policy issued by Defendant, to Citgo Petroleum Corporation and thereafter to Citibank (South Dakota), N.A., and the Certificate of Insurance issued by Defendant to Edward A. Bouvier.

**Second Defense**

Plaintiff's claim is barred in that any claim for accidental death under Part II of said Policy/Certificate is excluded from coverage as the injury (death of Edward A. Bouvier) was "caused by or result[ed] from" the Covered Person's blood alcohol level being .10 percent weight by volume or higher.

**Third Defense**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. Admitted, although the Group Policy No. is 25470 GC 381 and it was issued under Defendant's previous name, J.C. Penney Life Insurance Company, to Citgo Petroleum Corporation and thereafter to Citibank (South Dakota) N.A. and the Certificate No. is 82AP4F0469.

3. Admitted, that said Certificate was in full force and effect on said date.

4. Admitted, that said Certificate provided benefits for "accidental death."

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

6. Defendant admits that said Certificate contained an "accidental death" benefit, but denies that plaintiff is entitled to same.

7. Admitted, that a claim for "accidental death" benefits under said Certificate was filed.

8. Denied.

9. Defendant admits that it has refused to pay the benefits under said Certificate as demanded by plaintiff, but denies that said benefits are, in any respect, due to plaintiff.

10. Denied.

Defendant,
Stonebridge Life Insurance Company f/k/a
J.C. Penney Life Insurance Company
By its Attorneys,

HANSON CURRAN LLP

David P. Whitman, Esq. #0552
146 Westminster Street
Providence, Rhode Island 02903

(401) 421-2154 Telephone
(401) 521-7040 Facsimile

**PROOF OF SERVICE**

I hereby certify that on this 18th day of July, 2008, I served a copy of the foregoing *Answer* upon the following:

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

of HANSON CURRAN LLP