DPW:mdb 08-193 8/26/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID BOUVIER AS ADMINISTRATOR OF
THE ESTATE OF EDWARD A. BOUVIER

V.

No: 08-269 ML
(Providence County Superior Court CA No: PC 08-4307)

STONEBRIDGE LIFE INSURANCE CO. AND
J.C. PENNEY LIFE INSURANCE CO.

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY f/k/a J.C. PENNEY LIFE INSURANCE COMPANY**

Now comes Defendant, Stonebridge Life Insurance Company f/k/a J.C. Penney Life Insurance Company, in accordance with F. R. Cv. P. 7.1, and provides this Corporate Disclosure Statement, as follows:

> Stonebridge Life Insurance Company is 100% owned by Commonwealth General Corporation which is not publicly traded. Both Stonebridge Life Insurance Company and its parent are members of the AEGON Group. The AEGON Group, through its member companies, is a leading international insurance group with its headquarters in The Hague, the Netherlands. The principal market for common shares of AEGON, N.V. is Euronext Amsterdam. Common shares of AEGON N.V. are listed on the NYSE and the Frankfort, London, and Tokyo exchanges as well as the SWX Swiss Exchange.

Respectfully submitted, Defendant
Stonebridge Life Insurance Company f/k/a
J.C. Penney Life Insurance Company
By its Attorneys,
HANSON CURRAN LLP

David P. Whitman, Esq. (COP Bar #9479)

146 Westminster Street
Providence, Rhode Island 02903
Phone: (401) 421-2154
Fax: (401) 521-7040
*E-mail: dpw@hansoncurran.com*

**PROOF OF SERVICE**

I hereby certify that on this 27th day of August, 2008, I mailed a true and exact copy of the within Corporate Disclosure Statement upon the following:

Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Providence, RI 02903

of HANSON CURRAN LLP